IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JASON W. KLEIN,                    )
                                   )
              Plaintiff,           )            4:07CV3076
                                   )
         v.                        )
                                   )
GOODYEAR TIRE & RUBBER             )            ORDER
COMPANY, The, an Ohio              )
Corporation,                       )
                                   )
              Defendant.           )
                                   )

 

 

     The defendant's oral motion for an extension of time to file
the parties' planning conference report is granted.  The parties
are hereby given until May 29, 2007 to file their Rule 26 meeting
report.


     DATED this 18th day of May, 2007.

                         BY THE COURT:

                         s/ David L. Piester
                         David L. Piester
                         United States Magistrate Judge