```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JASON W. KLEIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3076 |
| | ) | |
| v. | ) | |
| | ) | |
| GOODYEAR TIRE & RUBBER COMPANY, The, an Ohio Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint oral motion for an extension of time to file the parties' planning conference report is granted.  The parties are hereby given until June 8, 2007 to file their Rule 26 meeting report.

DATED this 29th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge