```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

JASON W. KLEIN,                  )
                                 )
            Plaintiff,           )        4:07CV3076
                                 )
       v.                        )
                                 )
THE GOODYEAR TIRE & RUBBER       )        ORDER
COMPANY, an Ohio Corporation,    )
                                 )
            Defendant.           )
                                 )
```

During the telephone planning conference on August 7, 2007, counsel stipulated that this case should be tried to the court.

IT THEREFORE HEREBY IS ORDERED,

The stipulation is approved, and this matter is set as a non-jury trial.

DATED this 8th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge