```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

JASON W. KLEIN,                   )
                                  )
            Plaintiff,            )         4:07CV3076
                                  )
     v.                           )
                                  )
THE GOODYEAR TIRE & RUBBER        )            ORDER
COMPANY, an Ohio Corporation,     )
                                  )
            Defendant.            )
                                  )
```

IT IS ORDERED:

Defendant's unopposed oral motion to extend deadline is granted and the deadline for filing summary judgment motions is extended from November 9 to November 12, 2007.

DATED this 8th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge