IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON W. KLEIN, | ) |
| Plaintiff, | ) 4:07CV3076 |
| v. | ) |
| THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation, | ) ORDER |
| Defendant. | ) |

IT IS ORDERED:

The motion of defendant's counsel, Robert B. Evnen to withdraw Allen M. Tate as counsel for the defendant is granted. (Filing no. 38)

DATED this 27th day of February, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge